AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Central District of California

PHARMA MEDICO APS, a Danish limited liability
company,

)
)
)
)
)
_____ )
*Plaintiff(s)*

v.

LIFES2GOOD, INC., a New York corporation and
DOES 1 through 10 inclusive,

)
)
)
)
)
)
)
_____ )
*Defendant(s)*

**CV13- 3012 RZ**

Civil Action No.

## SUMMONS IN A CIVIL ACTION

LIFES2GOOD, INC.
To: *(Defendant's name and address)* 150 North Michigan Avenue
Chicago, IL 60601


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FREUND & BRACKEY LLP
Thomas A. Brackey II (SBN 162279)
Derek S. Lemkin (SBN 238462)
427 North Camden Drive
Beverly Hills, CA 90210


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

APR 3 0 2013

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| Central District of California |

PHARMA MEDICO APS, a Danish limited liability company,

)
)
)
)

_____
*Plaintiff(s)*

v.

LIFES2GOOD, INC., a New York corporation and DOES 1 through 10 inclusive,

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

**CV13- 3012 PZ**

Civil Action No.

## SUMMONS IN A CIVIL ACTION

LIFES2GOOD, INC.
To: *(Defendant's name and address)* 150 North Michigan Avenue
Chicago, IL 60601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FREUND & BRACKEY LLP
Thomas A. Brackey II (SBN 162279)
Derek S. Lemkin (SBN 238462)
427 North Camden Drive
Beverly Hills, CA 90210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

APR 3 0 2013

CLERK OF COURT

JULIE PRADO

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

1154

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

PHARMA MEDICO APS, a Danish limited liability
company,

_____
*Plaintiff(s)*

v.

LIFES2GOOD, INC., a New York corporation and
DOES 1 through 10 inclusive,

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
LIFES2GOOD, INC.
150 North Michigan Avenue
Chicago, IL 60601


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
FREUND & BRACKEY LLP
Thomas A. Brackey II (SBN 162279)
Derek S. Lemkin (SBN 238462)
427 North Camden Drive
Beverly Hills, CA 90210


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____
                                           *Signature of Clerk or Deputy Clerk*