NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

FREUND & BRACKEY LLP
Thomas A. Brackey II (SBN 162279)
Derek S. Lemkin (SBN 238462)
Stephen P. Crump (SBN 251712)
427 North Camden Drive
Beverly Hills, CA 90210
Tel: (310) 247-2165
Fax: (310) 247-2190

ATTORNEYS FOR

FILED
CLERK U.S. DISTRICT COURT
13 APR 30 AM 10:38
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMA MEDICO APS, a Danish limited liability company,<br><br>                                              Plaintiff(s),<br>v.<br><br>LIFES2GOOD, INC., a New York corporation and DOES 1 through 10 inclusive,<br><br>                                              Defendant(s) | CASE NUMBER:<br>CV13- 3012 RZ<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff PHARMA MEDICO APS
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**FAX FILING**

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| PHARMA MEDICO APS, a Danish limited liability company | Plaintiff |
| LIFES2GOOD, INC., a New York corporation and DOES 1 through 10 inclusive, | Defendant |
| IRISH RESPONSE LIMITED | Parent Corporation |

4/29/13
Date

_/s/ Derek S. Lemkin_
Sign

Derek S. Lemkin
Attorney of record for or party appearing in pro per

| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| FREUND & BRACKEY LLP<br>Thomas A. Brackey II (SBN 162279)<br>Derek S. Lemkin (SBN 238462)<br>Stephen P. Crump (SBN 251712)<br>427 North Camden Drive<br>Beverly Hills, CA 90210<br>Tel: (310) 247-2165<br>Fax: (310) 247-2190<br><br>ATTORNEYS FOR | FILED<br>13 APR 30 AM 10:38<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY: |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| PHARMA MEDICO APS, a Danish limited liability company,<br><br>                                Plaintiff(s),<br>v.<br><br>LIFES2GOOD, INC., a New York corporation and DOES 1 through 10 inclusive,<br><br>                                Defendant(s) | CV13- 3012 RZ<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff PHARMA MEDICO APS
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**FAX FILING**

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| PHARMA MEDICO APS, a Danish limited liability company | Plaintiff |
| LIFES2GOOD, INC., a New York corporation and DOES 1 through 10 inclusive, | Defendant |
| IRISH RESPONSE LIMITED | Parent Corporation |

4/29/13
Date

_/s/ Derek S. Lemkin_
Sign

Derek S. Lemkin
Attorney of record for or party appearing in pro per

---

CV-30 (04/10)                      NOTICE OF INTERESTED PARTIES

| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
| FREUND & BRACKEY LLP<br>Thomas A. Brackey II (SBN 162279)<br>Derek S. Lemkin (SBN 238462)<br>Stephen P. Crump (SBN 251712)<br>427 North Camden Drive<br>Beverly Hills, CA 90210<br>Tel: (310) 247-2165<br>Fax: (310) 247-2190 | |
| ATTORNEYS FOR: | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMA MEDICO APS, a Danish limited liability company,<br><br>Plaintiff(s),<br>v.<br><br>LIFES2GOOD, INC., a New York corporation and DOES 1 through 10 inclusive,<br>Defendant(s) | CASE NUMBER:<br><br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff PHARMA MEDICO APS
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| PHARMA MEDICO APS, a Danish limited liability company | Plaintiff |
| LIFES2GOOD, INC., a New York corporation and DOES 1 through 10 inclusive, | Defendant |
| IRISH RESPONSE LIMITED | Parent Corporation |

4/29/13
Date

Sign

Derek S. Lemkin
Attorney of record for or party appearing in pro per

CV-30 (04/10)                      NOTICE OF INTERESTED PARTIES