FREUND & BRACKEY LLP
Thomas A. Brackey II (SBN 162279)
    TBrackey@FreundandBrackey.com
Derek S. Lemkin (SBN 238462)
    DLemkin@FreundandBrackey.com
Stephen P. Crump (SBN 251712)
    SCrump@FreundandBrackey.com
427 North Camden Drive
Beverly Hills, CA 90210
Tel: (310) 247-2165
Fax: (310) 247-2190

Attorneys for Plaintiff,
    PHARMA MEDICO APS

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PHARMA MEDICO APS, a Danish limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LIFES2GOOD, INC., a New York corporation and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 13-cv-3012-RZ<br><br>**PHARMA MEDICO APS'S CORPORATE DISCLOSURE STATEMENT** |

Plaintiff PHARMA MEDICO APS ("Pharma Medico") hereby submits this Corporate Disclosure statement pursuant to Fed. R. Civ. P. 7.1(a).

Plaintiff Pharma Medico, through its undersigned counsel, hereby certifies that its parent corporation is Pharma Medico UK Ltd.

No publicly held company owns more than 10% of Pharma Medico's stock.

Dated: May 10, 2013

FREUND & BRACKEY LLP

By: /s/ Derek S. Lemkin
Thomas A. Brackey II,
Derek S. Lemkin,
Stephen P. Crump,
Attorneys for Plaintiff
PHARMA MEDICO APS