UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHARMA MEDICO APS, | ) | CASE NO. CV 13-03012 RZ |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| LIFES2GOOD, INC., ET AL., | ) | |
| Defendants. | ) | |

The Complaint herein was filed on April 30, 2013. Pursuant to Federal Rule of Civil Procedure 4(m), if service of the summons and complaint is not accomplished within 120 days after the filing of the complaint, the action is subject to dismissal for failure to prosecute.

The Court notes that Plaintiff still has not filed proofs of service of the summons and complaint herein. The 120-day period will expire on August 28, 2013. **Plaintiff is warned that its failure to effectuate service by that date may result in the dismissal of the action by reason of plaintiff's failure to prosecute.**

DATED: June 24, 2013

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE