FREUND & BRACKEY LLP
Thomas A. Brackey II (SBN 162279)
    TBrackey@FreundandBrackey.com
Derek S. Lemkin (SBN 238462)
    DLemkin@FreundandBrackey.com
Stephen P. Crump (SBN 251712)
    SCrump@FreundandBrackey.com
427 North Camden Drive
Beverly Hills, CA 90210
Tel: (310) 247-2165
Fax: (310) 247-2190

Attorneys for Plaintiff,
    PHARMA MEDICO APS

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| PHARMA MEDICO APS, a Danish limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LIFES2GOOD, INC., a New York corporation and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. CV13-3012 RZ<br><br>**VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff PHARMA MEDICO, APS hereby provides this notice of its voluntary dismissal of this action with prejudice.  Each party shall bear its own costs and attorneys fees.

1
2   Dated: August 23, 2013                    FREUND & BRACKEY LLP
3
                                       By: /s/ Derek S. Lemkin
4                                          Thomas A. Brackey II,
                                           Derek S. Lemkin,
5                                          Stephen P. Crump,
                                           Attorneys for Plaintiff
6                                          PHARMA MEDICO APS
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
VOLUNTARY DISMISSAL OF ENTIRE ACTION